**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Meiko Danyelle Martin fdba Jewel's Jewels aka Meiko Martin |
| | aka Meiko D Jones aka Meiko Jones aka Meiko D Martin aka Meiko Jones Martin |
| | aka Meiko Daynelle Jones |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Alabama (State) |
| Case Number | 19-12078-HAC |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper          **Court claim no.** (if known): 14

**Last 4 digits** of any number you use to Identify the debtors account:          2 6 0 2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amount previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | $ |
| 2. | Non-Sufficient Funds (NSF) Fees | | (2) | $ |
| 3. | Attorney Fees | | (3) | $ |
| 4. | Filing Fees and Court Costs | | (4) | $ |
| 5. | Bankruptcy/Proof Of Claim Fees | | (5) | $ |
| 6. | Appraisal/Broker's Price Opinion Fees | | (6) | $ |
| 7. | Property Inspection Fees | | (7) | $ |
| 8. | Tax Advances (Non-Escrow) | | (8) | $ |
| 9. | Insurance Advances (Non-Escrow) | | (9) | $ |
| 10. | Property Preservation Expenses. Specify: _____ | | (10) | $ |
| 11. | Other. Specify: Plan Review | 7/8/2019 | (11) | $ 350.00 |
| 12. | Other. Specify: _____ | | (12) | $ |
| 13 | Other. Specify: _____ | | (13) | $ |
| 14. | Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    <u>Meiko Danyelle Martin fdba Jewel's Jewels aka Meiko Martin</u>
<u>aka Meiko D Jones aka Meiko Jones aka Meiko D Martin aka Meiko Jones Martin</u>
<u>aka Meiko Daynelle Jones</u>
    First Name        Middle Name      Last Name

Case Number (*if known*) <u>19-12078-HAC</u>

## Part 2:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | |
|---|---|
| <u>/s/ Andrew Monaghan</u><br>   Signature    Andrew Monaghan (MON-040)<br>      Diane Murray (MUR-048)<br>      Enslen Crowe (CRO-098)<br>      Donald M. Wright (WRI-021)<br>      Stephen Bulgarella (BUL-021) SB | Date   <u>10 / 25 / 2019</u> |

Print:    <u>Andrew</u>           <u>Monaghan</u>     Title    <u>Attorney for Creditor</u>
        First Name    Middle Name    Last Name

Company   <u>Sirote & Permutt, P.C.</u>

Address    <u>P.O. Box 55887</u>
        Number      Street

          <u>Birmingham</u>       <u>AL</u>    <u>35255</u>
          City            State    ZIP Code

Contact Phone   <u>205-930-5186</u>          Email    <u>amonaghan@sirote.com</u>

Case 19-12078    Doc    Filed 10/25/19    Entered 10/25/19 12:47:41    Desc Main
                Document      Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | **Case No:** | **19-12078-HAC** |
| **Meiko Danyelle Martin** | ) | **Chapter:** | **13** |
| Debtor | ) | | |
| | ) | | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Post-Petition Mortgage Fees, Expenses, and Charges filed by NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER was mailed, first class postage prepaid to the following:

Meiko Danyelle Martin
6986 Nicklaus Dr N
Mobile, AL 36618-4834

and served via electronic case management to:

Steven A. Murray
Post Office Box 2286
Mobile, AL 36652
stevenmurrayatty@yahoo.com

Daniel B. O'Brien
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633
cperry@ch13mob.com

On this the 25 day of October, 2019.

Respectfully submitted,

/s/ Andrew Monaghan
Andrew Monaghan (MON-040)
Diane Murray (MUR-048)
Enslen Crowe (CRO-098)
Donald M. Wright (WRI-021)
Stephen Bulgarella (BUL-021) SB
Attorney for Creditor

OF COUNSEL:
Andrew Monaghan
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205-930-5186 / Fax: 205-212-2817
amonaghan@sirote.com